HONORABLE MARSHA J. PECHMAN

FILED    ENTERED
LODGED    RECEIVED

**SEP 18 2008**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
       DEPUTY

**08-CV-00196-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLASHACCESS.COM, INC., | Case No.: C08-0196 MJP |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL AWARDING FEES AND COSTS TO DEFENDANT |
| v. | |
| TG3 ELECTRONICS, INC., | |
| Defendant. | |

## I. STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate, through counsel of record, that the above-captioned action may be dismissed with prejudice. The parties further stipulate that a judgment be entered awarding prevailing party attorney fees pursuant to the parties' contract to defendant TG3 Electronics, Inc., in the amount of $12,541.00. A judgment of dismissal of all other claims and counterclaims may be entered accordingly.

DATED this 28th day of August, 2008.

STOKES LAWRENCE, P.S.          STAFFORD FREY COOPER, P.C.


By: /s/ ANEELAH AFZALI          By: /s/ KENNETH HOBBS
     Bradford J. Axel (WSBA #29269)        Kenneth Hobbs (WSBA #15309)
     Aneelah Afzali (WSBA #34552)        Attorneys for Plaintiff
     Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL AWARDING FEES AND
COSTS TO DEFENDANT - C08-0196 MJP     -1-

## II. ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

1. The above-captioned action is dismissed with prejudice; and

2. Judgment shall enter in favor of defendant TG3 Electronics, Inc. in the amount of $12,541.00 as prevailing party attorney fees pursuant to the parties' contract.

DATED this _18_ day of _Sept._____, 2008.

Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

| Presented by: | Approved as to form; Notice of presentation waived |
| --- | --- |
| STOKES LAWRENCE, P.S. | STAFFORD FREY COOPER, P.C. |
| By: /s/ ANEELAH AFZALI | By: /s/ KENNETH HOBBS |
| Bradford J. Axel (WSBA #29269) | Kenneth Hobbs (WSBA #15309) |
| Aneelah Afzali (WSBA #34552) | Attorneys for Plaintiff |
| Attorneys for Defendant | |

STIPULATION AND ORDER OF DISMISSAL AWARDING FEES AND
COSTS TO DEFENDANT - C08-0196 MJP        -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 636-6000

1

## CERTIFICATE OF SERVICE

2

3  I hereby certify that on August 28, 2008, I caused the foregoing Stipulation and Order of
   Dismissal Awarding Fees and Costs to Defendant to be:

4

X    electronically filed with the Clerk of the Court using the CM/ECF system which will send
5    notification of such filing to the following:

6         Kenneth Hobbs:         khobbs@staffordfrey.com

7
☐    mailed by first class United States mail, postage prepaid, to the following non-CM/ECF
8    participants:

9

10
☐    hand delivered to the following non-CM/ECF participants:
11

12

13
☐    e-mailed and mailed by first class United States mail, postage prepaid, to the following
14   non-CM/ECF participants:

15

16
☐    faxed and mailed by first class United States mail, postage prepaid, to the following
17   non-CM/ECF participants:

18

19

20                                    /s/ Aneelah Afzali
                                      Bradford J. Axel, WSBA #29269
21                                    Aneelah Afzali (WSBA #34552)
                                      Attorneys for Defendant TG3 Electronics,
22                                    Inc.
                                      Stokes Lawrence, P.S.
23                                    800 Fifth Avenue, Suite 4000
                                      Seattle, WA 98104
24                                    (206) 626-6000
                                      Fax: (206) 464-1496
25                                    Aneelah.Afzali@stokeslaw.com

26

27

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000