# United States District Court
WESTERN DISTRICT OF WASHINGTON

FLASHACCESS.COM, INC.,

                                                    JUDGMENT IN A CIVIL CASE

                Plaintiff,

    v.

                                                   CASE NO. C08-0196MJP

TG3 ELECTRONICS, INC.,

                Defendant,

____       **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's claims against TG3 Electronics, Inc. have been dismissed with prejudice pursuant to a stipulated dismissal. The Court awards prevailing party attorney fees and costs in the amount of $12,541.00 to Defendant pursuant to the parties' contract.

Dated: **September 18th, 2008.**

                                                       BRUCE RIFKIN, Clerk of Court
                                                       /s/ Mary Duett
                                                       Deputy Clerk